IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| BRITTANI R. KENNEY, individually, and as the representative of a class of similarly situated persons | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:17-CV-360-CRS<br>CIVIL ACTION NO. _____ |
| FIRSTSOURCE GROUP USA, INC. | ) ) ) | |
| and | ) ) | |
| FIRSTSOURCE SOLUTIONS LIMITED | ) ) ) ) | |
| Defendant. | ) | |

## **NOTICE OF REMOVAL**

Defendant, Firstsource Group USA, Inc. ("Firstsource Group"), by counsel, hereby gives notice of the removal of this civil action from the Jefferson Circuit Court, Division Six (6), Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §§ 1441 and 1446. The grounds for removal are as follows:

1. On May 17, 2017, Plaintiff Brittani R. Kenney, on behalf of herself and others similarly situated, filed this purported class action lawsuit against Defendants Firstsource Group and Firstsource Solutions Limited, Case No. 17-CI-002419 ("State Court Action"), in Jefferson Circuit Court, Jefferson County, Kentucky.

2. A copy of the Civil Summons and Verified Complaint were served on Defendant Firstsource Group's agent for service of process on or about May 22, 2017. A true and accurate copy of the Summons and Complaint in the State Court Action are attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1446(a), Plaintiff's Summons and Complaint comprise all of the "process, pleadings, and orders served upon . . . defendant . . . in [this] action." The Complaint was the initial pleading setting forth the claim for relief upon which this civil action is based, and no other proceedings have occurred in the State Court Action.

3. Defendant Firstsource Solutions Limited has not been properly joined or served with the Summons and Complaint and, therefore, is not a party to this action. Firstsource Solutions Limited is a foreign company that is located in, and registered to do business in, the Federal Republic of India. It does not have a registered agent for purposes of service of process in the United States and is subject to the Hague Service Convention. Plaintiff has served the Kentucky Secretary of State which, in turn, mailed the Summons and Complaint to Firstsource Solutions Limited's corporate office in India. This is not a permissible method of service under the Hague Service Convention.

4. Pursuant to 28 U.S.C. § 1446(b)(2), all Defendants who have been properly joined and served have consented to removal and join in this Notice of Removal. Defendant Firstsource Solutions Limited's consent to removal is not required because it has not been properly served. *See Polston v. Millennium Outdoors, LLC*, 2017 WL 878230, at *8 (E.D. Ky. Mar. 6, 2017) (citing *Klein v. Healthcare Corp.*, 19 F.3d 1433, 1994 WL 91786, at *3 n.8 (6th Cir. 1994) (per curiam)) ("A defendant who has not been served with process at the time the notice of removal is filed need not join in the notice of removal."); *Hall v. Evangelical Lutheran Good Samaritan Society, Inc.*, 2017 WL 2129308 (W.D. Ky. May 16, 2017) (*same*).

5. The Complaint asserts the following causes of action: (a) violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*; and (b) violations of the Kentucky Wage and Hour Act, KRS §§ 337.010 *et seq.*

6. This is a case over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and which may be removed to this Court by Defendant Firstsource Group pursuant to 28 U.S.C. § 1441, in that it is a civil action in which a federal question arises under the laws of the United States. Specifically, Plaintiff's claims under the FLSA are causes of action that arise under the laws of the United States.

7. Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, and this case is, therefore, properly removable to this Court pursuant to 28 U.S.C. § 1441.

8. The remaining state law claims are removable pursuant to 28 U.S.C. § 1441(c).

9. The United States District Court for the Western District of Kentucky, Louisville Division, is the district court of the United States for the district and division within which the State Court Action was filed and is pending.

10. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after May 22, 2017, the date on which Defendant Firstsource Group first received service of the Complaint in the State Court Action.

11. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with the filing of this Notice of Removal, Defendant Firstsource Group filed in Jefferson Circuit Court a Notice of Filing of Removal with a copy of this Notice of Removal attached thereto. Furthermore, Defendant Firstsource Group has sent to counsel for Plaintiff a copy of both this Notice of Removal and the Notice of Filing of Removal.

12. Pursuant to FED. R. CIV. P. 81(c)(2)(C), Defendant Firstsource Group's Answer to the Complaint must be filed on or before June 19, 2017, which is seven (7) days after the filing of this Notice of Removal.

13. This Notice of Removal has been verified by Thomas J. Birchfield, counsel for Defendant Firstsource Group, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

14. In filing this Notice of Removal, Defendant Firstsource Group does not waive any defenses available to it in this action.

**WHEREFORE**, Defendant Firstsource Group USA, Inc. respectfully notifies this Court that the State Court Action pending against it in Jefferson Circuit Court has been removed to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

*/s/ Thomas J. Birchfield*
Thomas J. Birchfield
Lauren M. Claycomb
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone: (502) 561-3990
Facsimile: (502) 561-3991
E-Mail: tbirchfield@fisherphillips.com
E-Mail: lclaycomb@fisherphillips.com

COUNSEL FOR DEFENDANT
FIRSTSOURCE GROUP USA, INC.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 12, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I further certify that a true and correct copy of the foregoing was served, via first-class U.S. mail, postage prepaid, upon the following:

| | |
|---|---|
| Peter J. Jannace | Teddy B. Gordon |
| 807 West Market Street | 807 West Market Street |
| Louisville, KY  40202 | Louisville, KY  40202 |
| Telephone:  (646) 783-9810 | Telephone:  (502) 585-3534 |
| Facsimile:  (502) 585-3539 | Facsimile:  (502) 585-3539 |
| Email:  peter.jannace@gmail.com | Email:  tbearaty@aol.com |

COUNSEL FOR PLAINTIFF

 

                                       */s/ Thomas J. Birchfield*
                                       COUNSEL FOR DEFENDANT
                                       FIRSTSOURCE GROUP USA, INC.