IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | |
|---|---|
| BRITTANI R. KENNEY, individually, and as the representative of a class of similarly situated persons | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:17-CV-00360-CRS-DW ) |
| FIRSTSOURCE GROUP USA, INC. | ) ) |
| and | ) ) |
| FIRSTSOURCE SOLUTIONS LIMITED | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to F.R.C.P. 41, this case is before the Court on Plaintiff's and Defendants' *Joint Stipulation of Dismissal with Prejudice*. After thorough review and consideration, the Court hereby ORDERS Plaintiff's claims against the Defendant, be dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

October 17, 2017

**Charles R. Simpson III, Senior Judge
United States District Court**